# First District Court of Appeal
## State of Florida

———————————————

No. 1D19-1184

———————————————

K.A., Mother of K.E.K.T. and
P.K.W.T., Minor Children,

    Appellant,

    v.

Department of Children and
Families,

    Appellee.

———————————————

On appeal from the Circuit Court for Santa Rosa County.
Ross M. Goodman, Judge.

August 1, 2019

Per Curiam.

    Affirmed.

Ray, C.J., and Wolf and M.K. Thomas, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Jason T. Zandecki, Palm Harbor, for Appellant.

Sarah J. Rumph, Appellate Counsel for Children's Legal Services, Tallahassee, for Appellee.

Thomasina F. Moore, Statewide Director, Tallahassee; and Vincent T. Trimarco, Tampa, for the Guardian ad Litem Program.